

Jeffrey D. Robinson
202 659 7205
jeffrey.robinson@lbkmlaw.com

December 22, 2025

**VIA U.S. MAIL**

Clifton B. Cislak
United States Court of Appeals, District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Room 5205
Washington, D.C. 20001-2866

    Re: *In re: Brent Kideckel*, **25-7201**

Dear Mr. Cislak:

    I write in response to your letter dated December 12, 2025, Document #2150144, filed in the above-captioned case. I write to inform the Court that I am not representing Dr. David Kideckel, Ms. Dahlia Saibil, or any other party in this case. Accordingly, I will not be seeking admission to the bar of the Court.

    I continue to represent Dr. Kideckel and Ms. Saibil in the underlying matter in the district court, captioned, *Kideckel v. The Foreign Nation of Canada, et al.*, 1:25-cv-02907-CJN.

                                 Sincerely,

                                 Jeffrey D. Robinson

1050 K Street, NW  |  Suite 400  |  Washington, DC 20001  |  t 202 833 8900  |  f 202 466 5738
WASHINGTON   NEW YORK   LONDON
lbkmlaw.com



Lewis
Baach
Kaufmann
Middlemiss
PLLC



CAPITAL DISTRICT 208

23 DEC 2025 PM 4 L

US POSTAGE (IMI) PITNEY BOWES

ZIP 20001
02 7H
0001356747

$ 000.74⁰
DEC 22 2025

Clifton B. Cislak
United States Court of Appeals, District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Room 5205
Washington, D.C. 20001-2866

1050 K Street, NW  |  Suite 400  |  Washington, DC 20001-4448