# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-7201** **September Term, 2025**

**1:24-cv-02907-CJN**

**Filed On: February 12, 2026**

In re: Brent Kideckel,

Petitioner

**<u>O R D E R</u>**

Upon consideration of petitioner's motion for voluntary dismissal of this petition for writ of mandamus, it is

**ORDERED** that the motion be granted and this petition be dismissed.

No mandate will issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk